# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-4946

_____

BEATRIZ MUNOZ,

    Appellant,

v.

CITY OF MIAMI BEACH/CORVEL
CORPORATION,

    Appellees.

_____

On appeal from an order of the Judge of Compensation Claims.
Edward R. Almeyda, Judge.

Date of Accident:  July 14, 2005.

May 2, 2018

PER CURIAM.

    AFFIRMED.

WOLF, BILBREY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

William F. Souza of Law Offices of William F. Souza, P.A., North Miami Beach, for Appellant.

Luis F. Estrada of Angones, McClure & Garcia, P.A., Miami, for Appellees.